**FILED**
June 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Jaemie Herndon_
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. SA-22-CR-138-OLG |
| ) | |
| DAONTAE NATHANIEL HALE ) | |

### ORDER

On this date, the Court considered the report and recommendation of United States Magistrate Henry J. Bemporad (docket no. 49) and Defendant's objections thereto (docket no. 50). After de novo review of the record and applicable law, the Court agrees with the Magistrate Judge's findings and conclusions and finds that the Magistrate Judge's recommendation should be ACCEPTED.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 49) is ACCEPTED and Defendant's motion to suppress evidence (docket no. 30) is DENIED for the reasons stated in the recommendation.

SIGNED this \_\_15\_\_ day of June, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE